UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| HAROLD CRAIG BRADLEY | ) | BANKRUPTCY CASE NUMBER 10-12977 |
| MARILYN LOUISE BRADLEY | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1.  The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2.  The Trustee filed her Final Report And Distribution Summary on September 27, 2011, and issued checks as proposed in said proposed distribution.

3.  That Check #106 issued to Wells Fargo Financial AC, 3310 North Hayden Road, Suite 107, Scottsdale, Arizona 85251-6647 on October 20 2011 in the amount of $507.04 was returned as undeliverable by the Post Office.

4.  That the Trustee hereby gives notice that such amount of **$507.04** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

\_\_\_/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of November, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov, and was sent via first class United States mail, postage prepaid, to: Wells Fargo Financial AC, 3310 North Hayden Road, Suite 107, Scottsdale, Arizona 85251-6647.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven